Case 1:12-cv-00587-DLI-VVP Document 1 Filed 02/07/12 Page 1 of 72 PageID #: 1

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 0 7 2012 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Caroline Mayorga §
On behalf of herself and all others similarly §
situated §     Case No.: _____
    Plaintiff §
v. §
First Resolution Investment Corporation §
Sharinn & Lipshie, P.C. §
Christopher Volpe §
Ronald Lipshie §
Harvey Sharinn §
Angel Page
John Does # 1 – 10
    Defendants



**PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND**

Plaintiff CAROLINE MAYORGA, on behalf of herself and all others similarly situated, brings suit against defendants for their violations of the Fair Debt Collection Practices Act, 15 U.S.C. 1692, *et seq.* and N.Y. Gen. Bus. Law § 349 *et seq.* against Defendant debt collectors for systematically filing hundreds of time barred lawsuits in New York, in support would show as follows.

## A. JURISDICTION AND VENUE

1.    The Court has federal question jurisdiction over the lawsuit because the action arises under the Fair Debt Collection Practices Act, 15 U.S.C. 1692, *et seq.*, (FDCPA). Jurisdiction of the Court arises under 28 U.S.C. 1331 in that this dispute involves predominant issues of federal law, the FDCPA. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202. The court has supplemental jurisdiction under 28 U.S.C. §1367 over plaintiff's state law claims because said claims are so related to the claims within the Court's original jurisdiction that they form part

1

of the same case or controversy under Article 3 of the United States Constitution.

2.      Venue in this District is proper because all or a substantial part of the events or omissions giving rise to their claims occurred in Queens County, New York.

3.      Plaintiff Caroline Mayorga is an individual who resides in Queens County, New York.

4.      Defendant FIRST RESOLUTION INVESTMENT CORPORATION is a corporation organized under the laws of the State of Nevada, with its principle place of business at 5190 Neil Road, Suite 430, Reno, NV 89502. It may be served by and through its registered agent CT Corporation, 1633 Broadway, New York, NY 10019, or through the New York Secretary of State, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231.

5.      Defendant SHARINN & LIPSHIE, P.C. is a corporation organized under the laws of the State of New York, with its principle place of business at 333 Earle Ovington Blvd, Suite 302, Uniondale, NY 11553. It may be served by and through the New York Secretary of State, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231.

6.      Defendant CHRISTOPHER VOLPE is an individual who, on information and belief, is a resident of the State of New York. His principal place of business is located at Sharinn & Lipshie, 333 East Ovington Boulevard, Suite 302, Uniondale, N.Y. 11533. He may be served at his place of employment, or wherever he may be found.

7.      Defendant HARVEY SHARINN is an individual who, on information and belief, is a resident of the State of New York. His principal place of business is located at Sharinn & Lipshie, 333 East Ovington Boulevard, Suite 302, Uniondale, N.Y. 11533. Mr. Sharinn may be served at his place of employment, or wherever he may be found.

2

8.    Defendant RONALD LIPSHIE is an individual who, on information and belief, is a resident of the State of New York. His principal place of business is located at Sharinn & Lipshie, 333 East Ovington Boulevard, Suite 302, Uniondale, N.Y. 11533. He may be served at his place of employment, or wherever he may be found.

9.    Defendant ANGEL PAGE is an individual who, on information and belief, resides in the state of Washington. She may be served at her place of employment, First Resolution Investment Corporation, 851 Coho Way, Suite 312, Bellingham, WA 98225-2066, (360) 714-0303, or wherever she may be found.

## B.    STATEMENT OF FACTS

10.    Defendant First Resolution Investment Corporation ("FRIC") is a debt collector that purchases charged off consumer debts for pennies on the dollar and files lawsuits to collect those alleged debts.

11.    Defendant Sharinn & Lipshie, P.C. ("S&L") is a debt collection law firm. S&L regularly attempts to collect alleged consumer debts on behalf of FRIC and others by filing thousands of collections lawsuits, sending thousands of collection letters, and making thousands of collection calls.

12.    On or about July 8, 2009, FRIC, by and through its agent S&L, filed a collections lawsuit against now-Plaintiff Caroline Mayorga in Index Number CV-081976-09/QU, First Resolution Investment Corporation v. Caroline Mayorga, Queens County Civil Court. (Exhibit A).[1]

---

1 While the complaint is purportedly signed on May 18, 2009, the Court's website makes clear that the suit was actually filed July 8, 2009. The court's website page is attached at the end of Exhibit A.

13.     According to the affidavit of service, the suit was served on September 27, 2009. (Exhibit B)

14.     Mayorga filed a pro se answer to the collections lawsuit on October 6, 2009, and an amended pro se answer on October 14, 2009. (Exhibit C)

15.     On or about April 19, 2011, attorney Nasoan Sheftel-Gomes of the Urban Justice Center noticed an appearance on behalf of Ms. Mayorga.

16.     On or about October 27, 2011, FRIC, through its agent S&L, filed the motion for summary judgment in the collections lawsuit seeking judgment for a time-barred debt, plus attorney's fees and costs. (Exhibit D). The motion for summary judgment *itself* stated facts that demonstrated that FRIC was attempting to collect on a time barred debt.

17.     Christopher Volpe ("Volpe") signed the motion for summary judgment as the attorney on behalf of the firm, S&L. Volpe further signed the affirmation falsely stating FRIC's "claims were not barred by the statute of limitation."

18.     Also attached to the motion for summary judgment and used in support of the motion was an affidavit of Angel Page ("Page") dated September 29, 2011. Page identified herself as a custodian of records of FRIC, and executed the affidavit in support of FRIC's motion for summary judgment. The Page Affidavit asserted that the original creditor for the alleged account was "Chase Bank USA, NA."

19.     According the "Bill of Sale" attached to the motion for summary judgment, on October 16, 2007 a batch of accounts was sold from Chase Bank USA, N.A. to Unifund Portfolio A, LLC. According to the motion for summary judgment, the account allegedly owed by Ms.

4

Mayorga was among the batch of accounts transferred.[2]

20.     According to a December 9, 2008 collection letter from FRIC, through its servicer First Resolution Management Corporation, the putative contract was with Chase Bank USA, N.A., the last payment date was July 6, 2005, and the charge-off date was February 28, 2006.[3] (Exhibit E).

21.     Chase Bank USA, NA is incorporated in Delaware and has its principle place of business in Delaware, and this has been true from the date of the alleged default of the account to present. Indeed this has been true since at least February 2001.

22.     FRIC's debt collection lawsuit is time barred because it was filed more than three years after the accrual of the cause of action.  Under New York's "borrowing statute," CPLR 202, when a nonresident sues in New York on a cause of action accruing outside New York, the action "cannot be commenced" unless the action is within the statute of limitations of both New York and the jurisdiction where the cause of action accrued. Portfolio Recovery Assoc., LLC v King, 927 N.E.2d 1059, 1061, 1062 (NY 2010), citing to Global Fin. Corp. v Triarc Corp., 93 NY2d 525, 528 (NY 1999). As a Delaware corporation, Chase Bank USA, NA's cause of action for breach of a credit contract is three years under Delaware state law, Del Code Ann, tit 10, § 8106. Id. FRIC was required to file suit within the same time period as the putative original creditor because FRIC, as the putative assignee, cannot stand in better shoes than the putative

---

2 Interestingly, the assignment documents show a gap in the chain of title. There is a bill of sale from Chase Bank USA, N.A. to Unifund *Portfolio A*, LLC, and from Unifund *CCR Partners* to FRIC. Therefore it appears that FRIC may have been litigating an alleged account which it may not actually own.

3 A charge-off occurs when a creditor moves a debt from profit to loss on its balance sheet, typically 180 days after the account becomes delinquent. See, e.g., Fed. Fin. Institutions Examination Counsel, Uniform Retail Credit Classification and Account Management Policy, 64 Fed. Reg. 6,655 at 6,656 (Noting that commentators representing the credit card industry stated they charged off open-ended credit accounts 180 days after delinquency.)

5

assignor. Id.

23.     On December 5, 2011 Ms. Mayorga's attorney in the collections lawsuit, Nasoan Sheftel-Gomes of the Urban Justice Center, sent S&L a letter demanding that S&L discontinue the action within 7 days. This demand was explicitly made for the sole purpose of minimizing Ms. Mayorga's damages. The letter provided a lengthy explanation as to why FRIC's own motion for summary judgment demonstrated that their claims were time barred. S&L initially ignored the demand for discontinuance. After an extended period of time, S&L finally signed the stipulation of discontinuance, which will be filed shortly after the commencement of this action.

24.     This is not the first time S&L has been sued for violating the FDCPA for filing time barred suits given that the putative original creditor was a Delaware corporation. See Rathburn v. Sharinn & Lipshie, P.C. et al, Case No. 4:10-cv-04449, Southern District of Texas (Houston Division).

25.     As a result of Defendant's actions, Plaintiff and the class members suffered actual damages. Actual damages include, without limitation, the money Defendants obtained after they threatened or engaged in time-barred litigation. Actual damages also include the fees and costs consumers incurred in defending or responding to these time barred collection suits. Actual damages also include loss of time in having to attend court hearings or otherwise respond to the time barred lawsuit.

## C.     Class Action Allegations

26.     This Count is brought by Plaintiff, individually, and on behalf of a class consisting of all persons who, according to Defendants' records:

Last printed 2/6/2012 1:43:00 PM

a. within one year before the filing of this action (for FDCPA claims) or within three years before the filing of this action (for GBL 349 claims);

b. were sent a written communication (including a pleading) or had a pleading filed in connection with a lawsuit against them;

c. that was not returned by the postal service as undelivered;

d. where the putative original creditor had a principal place of business outside the state of New York and/ or was incorporated outside of the state of New York when its cause of action accrued;

e. where Defendants threatened a lawsuit, threatened to obtain attorney's fees or court costs, filed a lawsuit, served a lawsuit, prosecuted or assisted in prosecution of a lawsuit, maintained a lawsuit, or signed a pleading, affidavit, discovery instrument or other document in connection with a New York lawsuit, when that claim would be barred by the statute of limitations of the foreign state where the putative original creditor had its principal place of business and/or was incorporated when its cause of action accrued; and

f. where the collections action would be time barred in the state where the putative original creditor had a principal place of business and/ or was incorporated.

27.     Under Federal Rule of Civil Procedure 23, a class action is appropriate and preferable in this case because:

a. The fact that there are hundreds of time barred collection suits that are the heart of this FDCPA lawsuit, the classes are so numerous that joinder of all members is impractical.

7

**b.** There are questions of law and fact common to the class that predominate over any questions affecting only individual class members. These common questions include whether Exhibit C and the attachments thereto violate the FDCPA or N.Y. Gen. Bus. Law § 349 *et seq.*

**c.** The claims of Plaintiff are typical of the class members' claims. All are based on the same facts and legal theories. The only individual issue is the identification of the consumers who received the written communications or who had lawsuits filed against them, (i.e., the class members), which is a matter capable of ministerial determination from the Defendants' records.

**d.** Plaintiff will fairly and adequately represent the class members' interests. All claims are based on the same facts and legal theories and Plaintiff's interests are consistent with the interests of the class.

**e.** Plaintiff has retained counsel experienced in bringing class actions and collection abuse claims.

28. Written communications, such as those sent by Defendants, are to be evaluated by the objective standard of the hypothetical "least sophisticated consumer."

29. A class action is superior for the fair and efficient adjudication of the class members' claims.

30. Congress specifically envisions class actions as a principal means of enforcing the FDCPA. See 15 U.S.C. § 1692k.

31. The class members are generally unsophisticated individuals unaware of the protections afforded them by the FDCPA, whose rights will not be vindicated in the absence of a class action.

8

Last printed 2/6/2012 1:43:00 PM

32.   Prosecution of separate actions by individual members of the classes would create the risk of inconsistent or varying adjudications resulting in the establishment of inconsistent or varying standards for the parties and would not be in the interest of judicial economy.

33.   Defendant hereby seeks a pre-motion conference for class certification under Rule 23(b)(3) of the Federal Rules of Civil Procedure, but requests deadlines for filing the motions be stayed until the substantial completion of class discovery.

## COUNT # 1: Violations of the federal Fair Debt Collection Practices Act.

34.   Plaintiff repeats and realleges each and every allegation set forth above as if reasserted and realleged herein.

35.   The purpose of the FDCPA is "to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses." 15 U.S.C. § 1692(e). See also Hamilton v. United Healthcare of La., Inc., 310 F.3d 385, 392 (5th Cir.2002) ("Congress, through the FDCPA, has legislatively expressed a strong public policy disfavoring dishonest, abusive, and unfair consumer debt collection practices, and clearly intended the FDCPA to have a broad remedial scope").

36.   Congress designed the FDCPA to be enforced primarily through private parties – such as plaintiff – acting as "private attorneys general." See S. Rep. No. 382, 95th Con., 1st Sess. 5, ("The committee views this legislation as primarily self-enforcing; consumers who have been subject to debt collection abuses will be enforcing compliance"); and Jacobson v. Healthcare Fin.

9

Servs., 516 F.3d 85, 91 (2d Cir. N.Y. 2008) ("In this way, the FDCPA enlists the efforts of sophisticated consumers like [plaintiff] as 'private attorneys general' to aid their less sophisticated counterparts, who are unlikely themselves to bring suit under the Act, but who are assumed by the Act to benefit from the deterrent effect of civil actions brought by others.")

37.     Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3) because she was alleged to owe a debt.

38.     The obligation FRIC and S&L allege to be owed by plaintiff is a "debt" as defined by 15 U.S.C. § 1692a(5) because the putative credit card was incurred primarily for family, personal or household purposes.

39.     Defendants are each a "debt collector" as defined in 15 U.S.C. § 1692a(6) their principal purpose is the collection of debts and/or they regularly attempt to collect debts, directly or indirectly.

40.     S&L is a debt collector because it files tens of thousands of collection lawsuits, sends tens of thousands of collection lawsuits, and make tens of thousands of calls seeking to collect debts.

41.     Volpe is a debt collector because he signs hundreds of collection lawsuit pleadings and litigates hundreds of collection lawsuits.

42.     Page is a debt collector because she signs thousands of affidavits or verifications to be used in thousands of collection lawsuits.

43.     FRIC is a "debt collector" because it purchases thousands of alleged consumer debts after they are in default with the putative original creditor. FRIC attempts to collect these debts,

10

directly or indirectly, through the filing of collections lawsuits, and through servicers and debt collection law firms who send thousands of collection letters, make thousands of collection telephone acts, and pursue thousands of collection lawsuits.

44.    Defendants Ronald Lipshie ("Lipshie") and Harvey Sharinn ("Sharinn") are the named partners of S&L. On information and belief, S&L is a small law firm of five attorneys. S&L is a closely held corporation. Lipshie and Sharinn made the debt collection attempts directly and indirectly through S&L.  On information and belief, Lipshie and Sharinn are the named partners who made the decisions to take the actions that form the basis of this complaint, who made the decision to file and to continue collection lawsuits for time barred debts, who developed the debt collection operations and policies S&L, and exercised control over the operation and management of the collection activities of S&L. On information and belief Lipshie and Sharinn exercised supervision and control over the attorneys at S&L who filed the time barred lawsuits on behalf of FRIC and others.

45.    John Does # 1- 5 include servicers or subservicers for FRIC that FRIC uses in connection with attempts to collect debts. For example, according to the December 8, 2008 collection letter (Exhibit D) the putative debt that is the subject of this suit was owned by FRIC but serviced by another entity known as First Resolution Management Corporation ("FRMC").  To the degree that FRMC was acting as the conduit or the agent of FRIC in taking the actions listed in this complaint, FRMC may also bear FDCPA liability.

46.    John Does # 5 - 10 are persons, currently known to Plaintiff, who made the decisions to take the actions that form the basis of this complaint, who made the decision to file and to continue collection lawsuits for time barred debts, who developed the debt collection operations

11

and policies of S&L, FRIC or the servicers of FRIC, and exercised control over the operation and management of the collection activities of S&L, FRIC or the servicers of FRIC.

47.     The actions of Defendants enumerated in the above statement of facts constitute an attempt to collect a debt, or were taken in connection with an attempt to collect a debt, within the meaning of the FDCPA.

48.     Defendants violated the following sections of the FDCPA: 15 USC 1692d, 1692e, and 1692f. By way of example and not limitation Defendants violated the FDCPA by taking the following actions in an attempt to collect a debt or in connection with an attempt to collect a debt: engaging in conduct the natural consequence of which is to harass, oppress or abuse any person; using false, deceptive or misleading representations or means; misrepresenting the character, amount, or legal status of the debt; misrepresenting the services rendered or compensation which may be lawfully received; threatening to take and actually taking an action prohibited by law, or which is not intended to be taken; using false, deceptive or misleading representations or means; using unfair or unconscionable means; and collecting or seeking to collect any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

### D.   Count # 2: New York General Business Law Section 349 *et seq.*

49.     Plaintiff repeats and realleges each and every allegation set forth above as if reasserted and realleged herein.

50.     New York General Business Law Section 349(a) prohibits "deceptive acts or practices in

Last printed 2/6/2012 1:43:00 PM

the conduct of any business, trade, or commerce, or in the furnishing of any service in this state…"

51.    An individual "injured by reason of any violation of this section may bring an action in his own name to enjoin such unlawful act or practice, an action to recover his actual damages or fifty dollars, whichever is greater, or both such action." N.Y. Gen. Bus. Law § 349(h).

52.    As enumerated above, Defendants violated N.Y. Gen. Bus. Law § 349 *et seq.* by using deceptive acts and practices in the conduct of their businesses. This includes threatening, filing, prosecuting, and maintaining hundreds of lawsuits seeking to collect time barred debts.

53.    Defendants' conduct has a broad impact on consumers at large. Defendants' conduct impacts the hundreds of consumers in the state of New York who have had time barred collection lawsuits threatened, filed, prosecuted, or maintained against them.

54.    Defendants committed the above described acts willfully and/or knowingly.

55.    Defendants' wrongful and deceptive acts have caused injury and damages to Plaintiff and class members and unless enjoined will cause further irreparable injury. Actual damages include, without limitation, amounts paid as a result of the time barred lawsuits, the fees, costs, and lost time accrued in defending or responding to these time barred collection suits.

56.    As a direct and proximate result of those violations of N.Y. Gen. Bus. Law § 349 *et seq*, Plaintiff and class members have suffered compensable harm and are entitled to preliminary and permanent injunctive relief, as to recover actual and treble damages, costs and attorney's fees.

Last printed 2/6/2012 1:43:00 PM

## E.   JURY DEMAND.

57.   Plaintiff demands a trial by jury.

## F.   PRAYER

58.   WHEREFORE, Plaintiff and members of the class request the following relief joint and severally against Defendants:

a.   An order certifying this case as a class action under FRCP 23;

b.   A declaration that Defendants have committed the violations of law alleged in this action;

c.   An order enjoining and directing Defendants to cease violating N.Y. Gen. Bus. Law § 349 *et seq.*;

d.   Statutory damages pursuant to 15 U.S.C. § 1692k and N.Y. Gen. Bus. Law § 349(h);

e.   An order awarding disbursements, costs, and attorney's fees pursuant to 15 U.S.C. § 1692k and N.Y. Gen. Bus. Law § 349 *et seq.*

f.   A judgment for actual, statutory, and treble damages;

g.   Prejudgment and post judgment interest as allowed by law;

h.   General relief;

i.   All other relief, in law and in equity, both special and general, to which Plaintiff and the class may be justly entitled.

Dated:  Brooklyn, New York
        February 6, 2012

                                Respectfully submitted,

14

Last printed 2/6/2012 1:43:00 PM

/s/

Ahmad Keshavarz
ATTORNEY FOR PLAINTIFF
The Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: (718) 522-7900
Fax:     (877) 496-7809
Email: ahmad@NewYorkConsumerAttorney.com


Harvey Epstein, Esq.
URBAN JUSTICE CENTER

/s/ Nasoan Sheftel-Gomes

BY:_____
Nasoan Sheftel-Gomes, of counsel
123 William Street, 16th Floor
New York, NY 10038
Phone: (646) 459-3013
Fax: (212) 533-4598
E-mail: nsheftel-gomes@urbanjustice.org

15

# EXHIBIT A

# CONSUMER CREDIT TRANSACTION

**IMPORTANT!! YOU ARE BEING SUED!! THIS IS A COURT PAPER - A SUMMONS DON'T THROW IT AWAY!! TALK TO A LAWYER RIGHT AWAY!! PART OF YOUR PAY CAN BE TAKEN FROM YOU (GARNISHED). IF YOU DO NOT BRING THIS TO COURT, OR SEE A LAWYER, YOUR PROPERTY CAN BE TAKEN AND YOUR CREDIT RATING CAN BE HURT!! YOU MAY HAVE TO BRING THESE PAPERS TO THIS COURT RIGHT AWAY. THE CLERK (PERSONAL APPEARANCE ) WILL HELP YOU!!**
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

| FIRST RESOLUTION INVESTMENT CORP | SUMMONS | 081970-09 |
|---|---|---|
| Plaintiff | Plaintiff's Address | |
| -Against- | 5190 NEIL RD SUITE 430 | 7/8/09 |
| CAROLINE MAYORGA | Reno NV 89502 | |
| Defendant(s) | Defendant's Address   Defendant 2 address | |
| | 10248 184TH ST | |
| | HOLLIS NY 11423 | |

The basis of the venue is : A defendant resides in the County of QUEENS; the subject matter consumer credit transaction took place in the County of QUEENS

TO THE ABOVE NAMED DEFENDANT(S):
YOU ARE HEREBY SUMMONED TO APPEAR IN THE CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF QUEENS AT THE OFFICE OF THE CLERK OF THE SAID COURT AT 89-17 SUTPHIN BLVD JAMAICA, NY 11435. WITHIN THE TIME PROVIDED BY LAW AS NOTED BELOW AND TO FILE YOUR ANSWER TO THE ANNEXED COMPLAINT WITH THE CLERK; UPON YOUR FAILURE TO ANSWER, JUDGMENT WILL BE TAKEN AGAINST YOU FOR THE SUM OF $1,444.35 AND ATTORNEY FEES OF $288.87 WITH INTEREST THEREON FROM THE DAY OF February 28, 2006 AT THE RATE OF 9% , TOGETHER WITH THE COSTS OF THIS ACTION. A COPY OF YOUR ANSWER SHOULD BE SERVED BY MAIL UPON THE ATTORNEYS FOR THE PLAINTIFF, SHARINN & LIPSHIE, P.C.
DATED: May 18, 2009

Signature (Rule 130-1.1-a(b))

Amanda Moreno
SHARINN & LIPSHIE, P.C.
333 EARLE OVINGTON BLVD, STE 302
UNIONDALE, NEW YORK 11553
(516) 873-6600

NOTE: The law provides that:
     (a) if this summons is served by its delivery to you personally within the CITY OF NEW YORK you must appear and answer within 20 days after such service; or
     (b) If this summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY (30) days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.
     (c) Where a defendant appears by an attorney, a copy of his answer shall be served upon the plaintiff's attorney, or upon the plaintiff if the plaintiff appears in person, at or before the time of filing the original answer with proof of service thereof.
     (d) In any action arising from a consumer credit transaction, if the form of summons provided for in subdivision (b) of this section is used:

DEFENDANTS P.O.B.:
Client#:
Account#:  5179457530004288
Claim #:   AACA5889
WE ARE DEBT COLLECTORS. THIS IS AN ATTEMPT TO COLLECT A DEBT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

TRANSACCION DE CREDITO DEL CONSUMIDOR
¡IMPORTANTE! ¡UD. HA SIDO DEMANDADO!
ESTE ES UN DOCUMENTO LEGAL - UNA CITACION
¡NO LA BOTE !! CONSULTE CON SU ABOGADO ENSEGUIDA! LE PUEDEN QUITAR PARTE DE SU SALARIO
(EMBARGARLO) ¡SI UD. NO SE PRESENTA EN LA CORTE CON ESTA CITACTION LE PUEDEN CONFISCAR
SUS BIENES (PROPEIDAD) Y PERJUDICAR SU CREDITO!! TAMBIEN ES POSIBLE QUE TENGA QUE PAGAR
OTROS GASTOS LEGALES (COSTAS)! SI UD. NO TIENE DINERO PARA UN ABOGADO TRAIGA ESTOS
PAPELES A LA CORTE IMMEDIATAMENTA. VENGA EN PERSONA Y EL SECRETARIO DE LA CORTE LE
AYUDARA.
CORTE CIVIL DE LA CIUDAD DE NUEVA YORK
CONDADO DE QUEENS

FIRST RESOLUTION INVESTMENT CORP
                    Demandante,
CAROLINE MAYORGA
                    Demandado,

CITACION
La direccion del demandate
5190 NEIL RD SUITE 430
Reno NV 89502
La direccion del demandado es
10248 184TH ST HOLLIS NY 11423
Otra direccion

Al demandado arriba mencionado:
USTED ESTA CITADO a comparecer en la Corte Civil de la Ciudad de Nueva York Condado de QUEENS a la oficina
del Jefe Principal de dicha Corte en 89-17 SUTPHIN BLVD JAMAICA, NY 11435 en el Condado de QUEENS Ciudad
y Estado de Nueva York, dentro del tiempo provisto por la ley segun la indicado abajo y a presentar su respuesta a la
demanda al Jefe de la corte; si usted no comparece a contestar, se rendira sentencia contra usted en la suma de $1,444.35
y los honorarios del abogado por la suma de $288.87 con intereses desde February 28, 2006 .

Signature (Rule 130-1.1-a(b))

Amanda Moreno
SHARINN & LIPSHIE, P.C.
Abogado del demandante
333 EARLE OVINGTON BLVD, STE 302
UNIONDALE, NEW YORK 11553
(516) 873-6600

Fechado May 18, 2009

NOTA: La Ley provee que:
(a) Si esta citacion es entregada a usted personalmente en la Ciudad de Nueva York, usted debe comparecer y
responder dentro de VIENTE (20) dias despues de la entrega: O
(b) Si esta citacion es entregada a otra persona que no fuera usted personalmente, o si fuera entregada afuera de
la ciudad de Nueva York, o por medio de publicacion, o por otros medios que no fueran entrega personal a usted en la
Ciudad de Nueva York, usted tiene TREINTA (30) dias para comparacer y responder la demanda, despues de haberse
presentado prueba de entrega de la citacion al Jefe de esta Corte.
DEMANDAD P.O.B.
**NOSOTROS SOMOS COBRADORES DE DEUDAS. NUESTRA INTENCION ES COBRAR LA DEUDA Y
CUALQUIER INFORMACION OBTENIDA SERA USADA PARA ESTE PROPOSITO.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

| | |
|---|---|
| FIRST RESOLUTION INVESTMENT CORP | VERIFIED |
| Plaintiff, | COMPLAINT |
| -Against- | |
| CAROLINE MAYORGA | |
| Defendant(s) | |

Plaintiff, by its attorneys  SHARINN & LIPSHIE, P.C. complaining of the defendant(s), respectfully, alleges:

1.      That the plaintiff is duly licensed by the New York City Department of Consumer Affairs to collect debts in NYC. The NYC Dept. of Consumer Affairs License number for the plaintiff is 1276827

2.      That at all times hereinafter mentioned, the Plaintiff ,FIRST RESOLUTION INVESTMENT CORP A/A/O UNIFUND CCR PARTNERS A/A/O CHASE BANK USA NA,is a corporation with offices located at 5190 NEIL RD SUITE 430 Reno NV 89502.

3.      That upon information and belief the Defendant(s) is/are and at all times hereinafter mentioned was/were a resident of the county where this action is brought.

4.      The agreement sued upon herein was duly assigned to Plaintiff and notice thereof was duly given to Defendant(s).

5.      That there are monies due from Defendant(s) to Plaintiff, plus agreed and /or reasonable attorney fees,if any, for charges incurred and/or loans granted in connection with credit card(s) issued by Plaintiff's assignor pursuant to credit card agreement(s) made in compliance with the law, a copy of which agreement(s) were duly mailed to Defendant(s), on which there is a balance due of $1,444.35, and that in addition there is due attorney fees of $288.87, making a total sum due from Defendant to Plaintiff of $1,733.22, no part of which sum has been paid, although due and duly demanded.

6.      The above debt arises from account number 5179457530004288.

WHEREFORE, plaintiff demands judgment against defendant(s) for the sum of $1,444.35  with interest thereon from February 28, 2006, and attorney fees of $288.87 plus costs an disbursements of this action.

Signature (Rule 130-1.1-a(b))

Dated: May 18, 2009
Uniondale, New York

SHARINN & LIPSHIE, P.C.
333 Earle Ovington Blvd
Uniondale, New York 11553
(516)873-6600

STATE OF WASHINGTON
COUNTY OF WHATCOM

_____ANGEL PAGE_____ BEING DULY SWORN, DEPOSES AND SAYS:

Deponent is the_____RECORDS  CUSTODIAN_____of the plaintiff, and deponent makes this verification because he/she is familiar with the records maintained by plaintiff. Deponent has read the foregoing complaint and knows the contents thereof  to be true. The grounds of deponent's belief as to  all matters not  stated upon deponent's own knowledge are as follows: records belonging to plaintiff (s ) in possession of deponent.

ANGEL PAGE
RECORDS CUSTODIAN

Sworn to before me this
26 day of  MAY  ,2009

Notary Public
State of Washington
JEFF NICOLA GARGARO
MY COMMISSION EXPIRES
November 01, 2011

Client Acct # 5179457530004288
Claim #   AACA5889

***WE ARE DEBT COLLECTORS. THIS IS AN ATTEMPT TO COLLECT A DEBT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE***

# EXHIBIT B

# Affidavit of Service



CIVIL COURT OF THE CITY OF NEW YORK - COUNTY OF QUEENS
District: Queens
Part:

FIRST RESOLUTION INVESTMENT CORP

PLAINTIFF/W
PETITIONER(S)

Attorney: SHLIP
File No: AACA9990
Mortgage:
Internal ID: 10006

- against -

CAROLINE MAYORGA

DEFENDANT(S) /
RESPONDENT(S)

Index: 081976-09
RJC File: 07/08/09*

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

MICHAEL BALLATO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE A
OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 09/15/2009 at 02:30 PM at 10948 194TH STREET PRIV. HSE, HOLLIS, NY 11423, deponent served the within SUMMONS AND
VERIFIED COMPLAINT bearing Index Number and Filing Date endorsed thereon,  on CAROLINE  MAYORGA defendant therein named

**☒ SUITABLE**
**AGE PERSON**

By delivering 1 true copy(s) thereof to and leaving with "JANE DOE" - CO-OCCUPANT a person of suitable age ...
discretion at the above address, the said premises being the defendant-respondents dwelling place within the St...
New York.

**☒ MAILING**

Deponent completed service under the last two sections by depositing 1 copy(s) of the above described papers
post paid, properly addressed envelope in an official depository under the exclusive care and custody of the Uni...
States Post Office in the State of New York, on 09/23/2009 addressed to the defendant, CAROLINE MAYORGA ..
above address with the envelope bearing the legend "PERSONAL AND CONFIDENTIAL" and did not indicate o...
outside thereof that the communication was from an attorney or concerned an action against the defendant...

DEPONENT DESCRIBES THE INDIVIDUAL AS FOLLOWS:

| Sex: Female | Approx. Age: 40 to 49 yrs | Approx. Height: 5-4 to 5-7 ft | Approx. Weight: 125 to 149 lbs | Color of Skin: Brown | Color of Hair: Brown |
|---|---|---|---|---|---|

Other:  REFUSED TO REVEAL NAME

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the Uni ..
States Government or on active duty in the military service in State of New York or a dependent of anybody in the military and was to
defendant and/or present occupant was not.

Sworn to before me on 09/23/200...

DANA DeALLEN
Notary Public, State of NEW YORK
No. 01DE6085927
Qualified at NASSAU
Commission expires 07/21/2011

MICHAEL BALLATO
license no: 0926180

2009 SEP 29 PM 2:14

Accu-Serve Ltd. - 1800 Stewart Avenue, Suite 308, Westbury, NY 11590 - Tel: (516) 585-2228 - Fax (516) 585-2248
GIVERMAN & LIPSME, P.C.: THE ODOM 333 EARLE OVINGTON BLVD SUITF 302, UNIONDALE, NY 11556

# EXHIBIT C

Civil Court of the City of New York
County of Queens

acc95889

Index No: CV-081976-09/QU

FIRST RESOLUTION INVESTMENT CORPORATION
–against–
CAROLINE MAYORGA

ANSWER IN PERSON
CONSUMER CREDIT TRANSACTION

Defendant: CAROLINE MAYORGA, at 10248 184TH ST, Hollis, NY 11423-   , answers the Complaint as
stated : 10/06/2009
(Check all that apply)

_____ General Denial: I deny the allegations in the complaint

**SERVICE**

_____ I did not receive a copy of the summons and complaint

_____ I received the Summons and Complaint, but service was not correct as required by law.

**DEFENSES**

X I do not owe this debt

_____ I did not incur this debt. I am the victim of identity theft or mistaken identity.

_____ I have paid all or part of the alleged debt.

_____ I dispute the amount of the debt.

_____ I do not have a business relationship with Plaintiff. ( Plaintiff lacks standing.)

_____ The NYC Department of Consumer Affairs shows no record of plaintiff having a license to collect a debt.

_____ Plaintiff does not allege a debt collection license number in the Complaint.

_____ Statute of Limitations ( the time has passed to sue on this debt: more than six years.)

_____ The debt has been discharged in bankruptcy.

_____ The collateral (property) was not sold at a commercially reasonable price.

_____ Unjust enrichment (the amount demanded is excessive compared with the original debt.)

_____ Violation of the duty of good faith and fair dealing.

_____ Unconscionability (the contract is unfair.)

_____ Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)

_____ Defendant is in the military.

_____ Other:

**OTHER**

_____ Please take notice that my only source of income is _____, which is exempt from collection.

**COUNTERCLAIM**

_____ Counterclaim(s): $       Reason:

This case is scheduled to appear on the calendar as follows: April 19, 2010 in Part 11 – Self Represented Non-Jury,
Room 103 at 9:30 AM Both sides notified: _____

Sharino & Lipshie PC (Counsel for Pltf)
313 Earle Ovington Blvd, Suite 302
Uniondale, NY 11553-

FILED
GENERAL CLERK

OCT - 6 2009

CIVIL COURT - QUEENS COUNTY

Civil Court of the City of New York
County of Queens

Index No: **CV-081976-09/QU**

FIRST RESOLUTION INVESTMENT CORPORATION
        -against-
CAROLINE MAYORGA

# AMENDED
## ANSWER IN PERSON
### CONSUMER CREDIT TRANSACTION

Defendant, CAROLINE MAYORGA, at 10248 184TH ST, Hollis, NY 11423-      , answers the Complaint as

Dated : 10/14/2009
*(Check all that apply)*

1 ____ General Denial: I deny the allegations in the complaint

**SERVICE**

2 ____ I did not receive a copy of the summons and complaint

3 **X** I received the Summons and Complaint, but service was not correct as required by law.

**DEFENSES**

4 ____ I do not owe this debt

5 ____ I did not incur this debt. I am the victim of identity theft or mistaken identity.

6 ____ I have paid all or part of the alleged debt.

7 **X** I dispute the amount of the debt.

8 **X** I do not have a business relationship with Plaintiff. ( Plaintiff lacks standing.)

9 ____ The NYC Department of Consumer Affairs shows no record of plaintiff having a license to collect a debt.

10 ____ Plaintiff does not allege a debt collection license number in the Complaint.

11 **X** Statute of Limitations ( the time has passed to sue on this debt: more than six years.)

12 ____ The debt has been discharged in bankruptcy.

13 ____ The collateral (property) was not sold at a commercially reasonable price.

14 ____ Unjust enrichment (the amount demanded is excessive compared with the original debt.)

15 ____ Violation of the duty of good faith and fair dealing.

16 ____ Unconscionability (the contract is unfair.)

17 ____ Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)

18 ____ Defendant is in the military.

19 ____ Other:

**OTHER**

20 ____ Please take notice that my only source of income is _____, which is exempt from collection.

**COUNTERCLAIM**

21 ____ Counterclaim(s): $      Reason:

**This case is scheduled to appear on the calendar as follows:** April 19, 2010 in Part 11 - Self Represented Non-Jury, Room 101 at 9:30 AM Both sides notified: _____

To:

> Sharinn & Lipshie PC (Counsel for Pltf)
> 333 Earle Ovington Blvd, Suite 302
> Uniondale, NY 11553-

COPY
ORIGINAL PAPERS
RECEIVED AND FILED
ON
OCT 14 2009
CIVIL COURT
QUEENS COUNTY

# EXHIBIT D

**CONSUMER CREDIT TRANSACTION**

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

FIRST RESOLUTION INVESTMENT CORP
A/A/O UNIFUND CCR PARTNERS A/A/O
CHASE BANK USA NA

                Plaintiff,

Index No.:081976-09

        -against-

NOTICE OF MOTION

CAROLINE MAYORGA
               Defendant(s)

SIR:

PLEASE TAKE NOTICE that a motion will be made by the plaintiff at the time and place set forth below.  Please take further notice that pursuant to CPLR 2214(b) any answering papers must be served at least seven (7) days prior to the return date of the motion.

RETURN DATE:
NOVEMBER 15, 2011 AT 9:30 A.M.

PLACE OF MOTION:
Civil Court: Queens County
Part 32C, Room 102
89-17 Sutphin Boulevard
Jamaica, New York 11435

SUPPORTING PAPERS:
Affidavit of Angel Page
Affirmation of Christopher Volpe
Exhibit A- Application/Monthly Statements
Exhibit B- Summons and Complaint
Exhibit C- Answer
Exhibit D- Bill of Sale/Account Agreement

RELIEF REQUESTED:
The above-entitled action is for an Order granting Summary Judgment pursuant to CPLR 3212 directing the clerk to enter judgment for the relief requested in the summons and complaint.
The above entitled action is for a contract.
This action is on a trial calendar.
The calendar number is S-09-QU-036911.

Pursuant to CPLR 2214(b), answering affidavits, if any, are required to be served upon the undersigned at least seven days before the return date of the motion.

Dated: Uniondale, New York
October 19, 2011

Yours etc,

Sharinn & Lipshie, P.C.
By: Christopher Volpe
Attorneys for the Plaintiff
333 Earle Ovington Blvd, Ste 302
Uniondale, New York 11553
(516) 408-5000

To: Nasoan Sheftel-Gomes, ESQ.
URBAN JUSTICE CENTER
123 William St., 16th Fl.
New York, NY 10038

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

FIRST RESOLUTION INVESTMENT CORP A/A/O
UNIFUND CCR PARTNERS A/A/O CHASE BANK USA NA

Plaintiff,                          Index No.: 081976-09

Against                             AFFIDAVIT OF FACTS

CAROLINE MAYORGA

Defendant(s)

STATE OF Washington )
                    )ss:
COUNTY OF Whatcom   )

Angel Page _____, being duly sworn deposes and says:

1. I am a <u>Records Custodian of First Resolution Investment Corp</u>. In my capacity of the Records Custodian, I regularly review, the plaintiff's books and records with respect to these outstanding accounts.

2. I am familiar with the facts and circumstances set forth in this affidavit based upon my review of the plaintiff's books and records which are kept in the regular course of the plaintiff's business and it is the regular course of the plaintiff's business to make these records. These records are made within a reasonable time after the transaction occurs. I submit this affidavit in support of the plaintiff's motion for summary judgment.

3. I have knowledge regarding account number 5179457530004288 which is made the subject of the lawsuit. Common account information includes the name and address of the Defendant; the history of charges representing purchases, cash advances; finance charges; fees imposed; payments made and credits received; and the outstanding balance due.

4. Heretofore, the defendant(s) did apply for and was issued that credit card by the original creditor, Chase Bank USA, NA. The defendant did thereafter use the credit card for the various purposes including purchase of goods and services and/or cash advance; that the defendant has been provided monthly statements as required by the federal Truth in Lending Act describing the amount due; that defendant did fail to make timely payments on the credit card account according to the terms of the card agreement and as requested on monthly statements of account; and that defendant is presently in default of those terms.  By virtue of such a default the entire balance on the account is presently due and owing.

5. That prior to the commencement of this action, the defendant's credit card account was assigned to the plaintiff for value by Unifund CCR Partners and the plaintiff remains the owner of this account.

6. That the just and true balance due and owing is $1,444.35.

7. That the debt referred to in the preceding paragraph is delinquent, past due and remains due and owing.  Plaintiff is the party and entity to whom the delinquent debt is owed.  There are no set offs, credits or allowances due or to become due from the plaintiff to the defendant.

WHEREFORE, your deponent prays that the plaintiff be granted judgment for the relief requested in the complaint.

Sworn to before me this

_27_ day of _Sept_ 20_11_

NOTARY

FILE#:  AACA5889

Notary Public
State of Washington
W JUNG ZOLLNER
MY COMMISSION EXPIRES
February 12, 2015

**CERTIFICATE OF CONFORMITY**

I, John P. Plovie, an attorney-at-law of the State of Washington who resides in the State of Washington and is fully acquainted with the laws of the State of Washington pertaining to the acknowledgment or proof of deeds of real property to be recorded therein, do hereby certify that I am duly qualified to make this certificate of conformity pursuant to Section299-a of the Real Property Law of the Sate of New York and hereby certify that the acknowledgment or proof upon the foregoing document was taken by W. Jung Zollner a notary public in the State of Washington in the manner prescribed by the laws of the State of Washington and conforms to the laws thereof in all respects.

IN WITNESS WHEREOF, I have hereunto set my signature, this ___10___ $^{TH}$ day of October 2010,

John P. Plovie, Esq. WSBA # 
Attorney at Law, State of Washington

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

FIRST RESOLUTION INVESTMENT CORP
A/A/O UNIFUND CCR PARTNERS A/A/O          Index No.: 081976-09
CHASE BANK USA NA

                                          AFFIRMATION
                          Plaintiff,

     -against-

CAROLINE MAYORGA

                          Defendant(s).

     CHRISTOPHER VOLPE, an attorney at law, hereby affirms the following under

penalty of perjury:

     1. I am an associate of Sharinn & Lipshie, P. C., the attorneys for the plaintiff

and I am fully familiar with this matter based upon my review of the file and other

records maintained in their office with regard to this matter. I submit this affirmation in

support of plaintiff's motion for Summary Judgment against the defendant.

     2. As stated in the accompanying affidavit of ANGEL PAGE, this action arises

from the default on a credit card agreement entered into with the plaintiff's assignor and

subsequently assigned to the plaintiff for value. The plaintiff remains the owner of this

account. Subsequent to the defendant's default this action was commenced.

     3. As stated in the accompanying affidavit of ANGEL PAGE, the defendant has

never objected to any charges that appeared on any of her monthly statements.

     4. Although an answer was interposed (appended to the affidavit of ANGEL

PAGE as Exhibit "C"), that answer fails to raise a single triable issue of fact, judgment

should be granted summarily.

     5. On or about April 21, 2009 the defendant requested validation of debt. The

plaintiff provided the defendant with monthly statements for validation of this debt on

April 24, 2009.

6. Defendant alleges improper service.

7. Defendant's Answer was served on or about October 14, 2009.

8. CPLR 3211(e) as amended on August 8, 1996 and effective January 1, 1997, requires that defendant's failure to make a motion for judgment within 60 days after serving the answer asserting a lack of personal jurisdiction for a failure of service waives defendant's objection and the court's personal jurisdiction is assumed. "The purpose of the subject amendment to CPLR 3211(e) was to "require a party with a genuine objection to service to deal with the issue promptly and at the outset of the action ...ferret out unjustified objections and...provide for prompt resolution of those that have merit." (Senate Mem in support of L 1996, ch 501, 1996 McKinney's Session · Laws of NY, at 2443)., " Wade v. Byung Yang Kim, 250 A.D.2d323, 325(2d dep't 1998). "Defendants subject to the requirement [of CPLR 3211(e)] have obviously received notice of the action through some means, and have chosen to appear and assert the defense, rather than default.  It is therefore appropriate to place the burden upon them to press the defense by moving for judgment." Abitol v. Schiff, 180 Misc.2d949,950(Queens Sup.1999). Here, defendant failed to comply with the requirements of CPLR 3211(e) by failing to make an application to the court within 60 days after serving the answer and has thereby waived, as a matter of law his "lack of jurisdiction" defense.  The requirements of jurisdictional predicate and due process requirements have been met.  This court has obtained personal jurisdiction over the defendant.

9. Plaintiff has brought this action within the six year statute of limitation pursuant to the CPLR. Therefore, plaintiff's action is not barred by the statute of limitations.

10. The plaintiff received a Request for Discovery Demands and responded on September 30, 2011.

11. I am not an employee of the plaintiff. My usual hourly fee is $200.00. I have already personally spent 30 minutes reviewing the file, and 1 1/2 hours preparing this motion. Although based upon the time spent and my hourly rate, the attorney's fees would already exceed $250.00, the plaintiff is limiting its claim for attorneys fees to $250.00.

WHEREFORE, it is respectfully requested that an order be issued striking the answer of the defendant and granting summary judgment in favor of the plaintiff and against defendant in the sum of $1,444.35 with interest from February 28, 2006 plus reasonable attorneys fees of $250.00, and for such other and further relief as this court deems just and proper.

Dated: October 19, 2011

_____
CHRISTOPHER VOLPE

FILE#: AACA5889



4366 1330 5113 8880

AACA5889

ACCOUNT NUMBER: 5179 4575 3000 4288

PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE
10/17/2004 | $ 800.00 | $16.00

# Facsimile Copy

CAROLINE MAYORGA
APT B
1310B CENTRAL AVE
FAR ROCKAWAY NY 11691

⊙ CHASE

Chase Platinum MasterCard®
ACCOUNT NUMBER: 5179 4575 3000 4288

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $800.00 | 10/17/2004 | $800 | $0.00 | 09/23/2004 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $0.00 |
| (-) Payments, Credits | 0.00 |
| (+) Purchases, Cash, Debits | 800.00 |
| (+) FINANCE CHARGES | 0.00 |
| (=) New Balance | 800.00 |
| Minimum Payment Due | $16.00 |

**Here are your Charges and Credits at a glance:**

| TRAN DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 08/24 | 08/24 | | BALANCE TRANSFER  WILMINGTON  DE | | 800.00 |
| | | | Total of your credits and charges | 0.00 | 800.00 |

THE CHASE PAYMENT PROTECTOR PLAN CAN HELP YOU PROTECT YOUR
GOOD CREDIT RATING. FOR MORE INFORMATION, PLEASE CALL
1-877-783-9872 OR LOG ON TO
HTTP://WWW.CHASEPAYMENTPROTECTOR.COM.
CHASE ALL ONLINE: EVERYTHING YOU NEED TO GET THE MOST FROM
YOUR CHASE CARD-ALL IN ONE PLACE. PAY YOUR CREDIT CARD BILL,
GET THIS STATEMENT ONLINE, TRANSFER BALANCES, AND MORE...IT'S
FREE AND EASY. DO IT ALL ONLINE - WWW.CHASEALLONLINE.COM/TH

**Here's how we determined your Finance Charge:**   Days in Billing Cycle: 33

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC ANN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | | $0.00 | $0.00 | $0.00 | 20.49% | 0.00% |
| Purchases | | $0.00 | $0.00 | $0.00 | 13.49% | 0.00% |

Questions about your account? Credit Card lost or stolen? Call Chase Customer service 24 hours a Day, 7 days a week, toll-free at 1-800-334-9801 or write P.O. BOX 15857, Wilmington, DE 19880-5857. Para Servicio al Cliente en Español: 1-800-348-0484

Page 1 of 1

**ACCOUNT NUMBER: 5179 4575 3000 4288**

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 11/15/2004 | $ 794.00 | $15.00 |

# Facsimile
# Copy

CAROLINE MAYORGA
APT B
1319B CENTRAL AVE
FAR ROCKAWAY NY 11691

## CHASE

Chase Platinum MasterCard
ACCOUNT NUMBER: 5179 4575 3000 4288

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $794.00 | 11/15/2004 | $900 | $96 | 10/21/2004 |

### Here is your Account Summary:

| | TOTAL |
|---|---|
| Previous Balance | $800.00 |
| (-) Payments, Credits | 16.00 |
| (+) Purchases, Cash, Debits | 0.00 |
| (+) FINANCE CHARGES | 0.00 |
| (=) New Balance | 794.00 |
| Minimum Payment Due | $15.00 |

### Here are your Charges and Credits at a glance:

| TRAN. DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 10/13 | 10/13 | GOOD | TELLER PAYMENT CASH - THANK YOU | 16.00 | |
| | | | Total of your credits and charges | 16.00 | 0.00 |

THE CHASE PAYMENT PROTECTOR PLAN CAN HELP YOU PROTECT YOUR
GOOD CREDIT RATING. FOR MORE INFORMATION, PLEASE CALL
1-877-782-8572 OR LOG ON TO
HTTP://WWW.CHASEPAYMENTPROTECTOR.COM.
CHASE ALL ONLINE: EVERYTHING YOU NEED TO GET THE MOST FROM
YOUR CHASE CARD - ALL IN ONE PLACE! PAY YOUR CREDIT CARD BILL,
GET THIS STATEMENT ONLINE, TRANSFER BALANCES, AND MORE...ITS
FREE...SIGN UP NOW - GO TO WWW.CHASEALLONLINE.COM/TM

### Here's how we determined your Finance Charge*:    Days in Billing Cycle: 29

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.03267% | $0.00 | $0.00 | $0.00 | 20.74% | 0.00% |
| Purchases | 0.03760% | $0.00 | $0.00 | $0.00 | 13.74% | 0.00% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer service 24 hours a Day, 7 days a week, toll-free at 1-800-334-0801 or write P.O. BOX 15857, Wilmington, DE 19886-5857. Para Servicio al Cliente en Español: 1-800-545-0654

Page 1 of 1

**ACCOUNT NUMBER: 5179 4575 3000 4288**

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
| 12/14/2004 | $ 768.00 | $16.00 |

# Facsimile

FREE

# Copy

CAROLINE MAYORGA
APT B
1310B CENTRAL AVE
FAR ROCKAWAY NY 11691

○ CHASE

Chase Platinum MasterCard®
ACCOUNT NUMBER: 5179 4575 3000 4288

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $768.00 | 12/14/2004 | $800 | $32 | 11/19/2004 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $784.00 |
| (-) Payments, Credits | 16.00 |
| (+) Purchases, Cash, Debits | 0.00 |
| (+) FINANCE CHARGES | 0.00 |
| (=) New Balance | 768.00 |
| Minimum Payment Due | $16.00 |

**Here are your Charges and Credits at a glance:**

| TRAN DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 11/08 | 11/09 | GCMP | TELLER PAYMENT CASH - THANK YOU | 16.00 | |
| | | | Total of your credits and charges | 16.00 | 0.00 |

THE CHASE PAYMENT PROTECTOR PLAN CAN HELP YOU PROTECT YOUR
GOOD CREDIT RATING. FOR MORE INFORMATION, PLEASE CALL
1-877-783-8872 OR LOG ON TO
HTTP://WWW.CHASEPAYMENTPROTECTOR.COM.
CHASE ALL ONLINE: EVERYTHING YOU NEED TO GET THE MOST FROM
YOUR CHASE CARD-ALL IN ONE PLACE! PAY YOUR CREDIT CARD BILL,
GET THIS STATEMENT ONLINE, TRANSFER BALANCES, AND MORE...IT'S
FREE...SIGN UP NOW! GO TO WWW.CHASEALLONLINE.COM/TM

**Here's how we determined your Finance Charge[*]:**        Days in Billing Cycle: 29

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC FIN. CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.0566741 | $0.00 | $0.00 | $0.00 | 20.74% | 0.00% |
| Purchases | 0.0566741 | $0.00 | $0.00 | $0.00 | 13.74% | 3.57% |

[*] Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer service 24 hours a Day, 7 days a week, toll-free at 1-800-334-9691 or write P.O. BOX 15097, Wilmington, DE 19850-5097. Para Servicio al Cliente en Español: 1-800-645-0484

Page 1 of 1

**ACCOUNT NUMBER: 5179 4575 3000 4288**

| PAYMENT DUE DATE 01/16/2005 | NEW BALANCE $792.00 | MINIMUM DUE $15.00 |
|---|---|---|

# Facsimile Copy

CAROLINE MAYORGA
APT B
13108 CENTRAL AVE
FAR ROCKAWAY NY 11691

**CHASE**

Chase Platinum MasterCard®
ACCOUNT NUMBER: 5179 4575 3000 4288

| NEW BALANCE $792.00 | PAYMENT DUE DATE 01/16/2005 | TOTAL CREDIT LINE $000 | TOTAL AVAILABLE CREDIT $.00 | STATEMENT CLOSING DATE 12/22/2004 |
|---|---|---|---|---|

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $768.00 |
| (-) Payments, Credits | 18.00 |
| (+) Purchases, Cash, Debits | 0.00 |
| (+) FINANCE CHARGES | 8.00 |
| (=) New Balance | 792.00 |
| Minimum Payment Due | 215.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 12/01 | 12/01 | | TELLER PAYMENT CASH - THANK YOU | 18.00 | |
| | | | Total of your credits and charges | 18.00 | 0.00 |

THE CHASE PAYMENT PROTECTOR PLAN CAN HELP YOU PROTECT YOUR
GOOD CREDIT RATING. FOR MORE INFORMATION, PLEASE CALL
1-877-793-3573 OR LOG ON TO
HTTP://WWW.CHASEPAYMENTPROTECTOR.COM.
BUYING A CAR? LET CHASE HELP YOU SAVE MONEY, TIME AND AVOID
HASSLES. CALL 1-800-223-0511 OR GO TO: WWW.CHASEAUTOLOAN.COM
LOG INTO WWW.CHASEALLONLINE.COM/TM TODAY. PAY YOUR BILL,
TRANSFER BALANCES, GET THIS STATEMENT. IT'S FREE AND EASY! DO

**IT TODAY!**

**Here's how we determined your Finance Charge":**   Days in Billing Cycle: 33

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | PERIODIC/ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.03791% | $0.00 | $0.00 | $0.00 | 37.90% | 0.00% |
| Purchases | 0.03792% | $0.00 | $0.00 | $0.00 | 13.90% | 0.00% |

* Please see reverse side for balance computation method and other important information.

**Questions** about your account? Credit Card lost or stolen? Call Chase Customer service 24 hours a Day, 7 days a week, toll-free at 1-800-334-
0591 or write P.O. BOX 15857, Wilmington, DE 19850-5857. Para Servicio al Cliente en Español 1-800-945-0464

Page 1 of 1

**ACCOUNT NUMBER: 5179 4575 3000 4288**

PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE
02/16/2006 | $737.00 | $14.00

# Facsimile
# Copy

CAROLINE MAYORGA
APT B
13105 CENTRAL AVE
FAR ROCKAWAY NY 11691

**CHASE**

Chase Platinum MasterCard
ACCOUNT NUMBER: 5179 4575 3000 4288

| NEW BALANCE $737.00 | PAYMENT DUE DATE 02/16/2006 | TOTAL CREDIT LINE $900 | TOTAL AVAILABLE CREDIT $163 | STATEMENT CLOSING DATE 01/24/2006 |
|---|---|---|---|---|

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $752.00 |
| (-) Payments, Credits | 15.00 |
| (+) Purchases, Cash, Debits | 0.00 |
| (+) FINANCE CHARGES | 0.00 |
| (=) New Balance | 737.00 |
| Minimum Payment Due | $14.00 |

**Here are your Charges and Credits at a glance**

| TRAN DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS 15.00 | CHARGES |
|---|---|---|---|---|---|
| 01/09 | 01/09 | | PAYMENT THANK YOU | | |

Total of your credits and charges 15.00   0.00

LOG INTO WWW.CHASE.COM/ALLONLINE.COM IN TODAY. PAY YOUR BILL,
TRANSFER BALANCES, GET THIS STATEMENT. IT'S FREE AND EASY! DO IT TODAY!

**Here's how we determined your Finance Charge**   Days in Billing Cycle: 30

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05811% | $0.00 | $0.00 | $0.00 | 21.24% | 0.00% |
| Purchases | 0.03901% | $0.00 | $0.00 | $0.00 | 14.24% | 0.00% |

Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer service 24 hours a Day, 7 days a week, toll-free at 1-800-334-0801 or write P.O. BOX 15687, Wilmington, DE 19850-5687. Para Servicio al Cliente en Español 1-800-948-8484.

Page 1 of 1

**ACCOUNT NUMBER: 5179 4575 3900 4288**

| PAYMENT DUE DATE 03/12/2005 | NEW BALANCE $779.92 | MINIMUM DUE $29.00 |
|---|---|---|

# Facsimile
# Copy

CAROLINE MAYORGA
APT 8
12188 CENTRAL AVE
FAR ROCKAWAY NY 11691

## O CHASE

Chase Platinum MasterCard®
ACCOUNT NUMBER: 5179 4575 3900 4288

| NEW BALANCE $779.92 | PAYMENT DUE DATE 03/12/2005 | TOTAL CREDIT LINE $800 | TOTAL AVAILABLE CREDIT $20 | STATEMENT CLOSING DATE 02/01/2005 |
|---|---|---|---|---|

### Here is your Account Summary:

| | TOTAL |
|---|---|
| Previous Balance | $737.80 |
| (-) Payments, Credits | 0.00 |
| (+) Purchases, Cash, Debits | 41.11 |
| (+) FINANCE CHARGES | 1.01 |
| (=) New Balance | 779.92 |
| Minimum Due | 15.00 |
| Past Due - Pay Immediately | 14.00 |
| Minimum Payment Due | $29.00 |

### Here are your Charges and Credits at a glance:

| TRAN. DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| | | | PAYMENT PROTECTOR AT 8.149 PER $100.00 | | 6.71 |
| | | | LATE CHARGE - MIN PYMT NOT RECD BY DATE | | 35.00 |
| | | | **Total of your credits and charges** | **0.00** | **41.11** |

WHEN FREE ISN'T ENOUGH, OPEN A CHASE CHECKING ACCOUNT. FREE
ONLINE CHECK IMAGING. FREE E-MAIL ALERTS. FREE ACCESS TO OVER
6,500 ATMS NATIONWIDE. FREE ONLINE BILL PAYMENTS WITH
QUALIFYING CONSUMER ACCOUNTS. FREE CHECKING WITH DIRECT
DEPOSIT. VISIT A BRANCH OR WWW.CHASE.COM TODAY!
CONCERNED ABOUT TODAY'S UNCERTAIN INTEREST RATES? REFINANCE
YOUR ADJUSTABLE RATE TO A FIXED RATE MORTGAGE. CALL
1-866-638-6235. LET CHASE HOME FINANCE HELP FIND WAYS TO SAVE
YOU MONEY. ALL LOANS SUBJECT TO CREDIT AND PROPERTY APPROVAL.
EQUAL HOUSING LENDER.
A FRIENDLY REMINDER: YOUR ACCOUNT IS PAST
DUE. PLEASE SEND PAYMENT TO PROTECT YOUR CREDIT
PRIVILEGES. IF YOU'VE ALREADY PAID-THANK YOU.

### Here's how we determined your Finance Charge*:   Days in Billing Cycle 31

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.0593% | $0.00 | $0.00 | $0.00 | 21.24% | 21.24% |
| Purchases | 0.0493% | $148.89 | $1.01 | $1.01 | 17.99% | 17.99% |
| Combined Balance | 0.0593% | $0.00 | $0.00 | $0.00 | 14.24% | 14.24% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer service 24 hours a Day, 7 days a week, toll-free at 1-800-394-0601 or write P.O. BOX 15053, Wilmington, DE 19886-1194, Para Servicio al Cliente en Español: 1-800-646-0404

Page 1 of 1

**ACCOUNT NUMBER: 5179 4575 3000 4288**

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 04/17/2005 | $ 700.10 | $15.00 |

# Facsimile

CAROLINE MAYORGA
APT B
1310B CENTRAL AVE
FAR ROCKAWAY NY 11691

# Copy

O CHASE

Chase Platinum MasterCard®
ACCOUNT NUMBER: 5179 4575 3000 4288

| NEW BALANCE $700.10 | PAYMENT DUE DATE 04/17/2005 | TOTAL CREDIT LINE $900 | TOTAL AVAILABLE CREDIT $23 | STATEMENT CLOSING DATE 03/23/2005 |
|---|---|---|---|---|

## Here is your Account Summary:

| | TOTAL |
|---|---|
| Previous Balance | $778.92 |
| (-) Payments, Credits | 29.00 |
| (+) Purchases, Cash, Debits | 0.00 |
| (+) FINANCE CHARGES | 0.18 |
| (=) New Balance | 700.10 |
| **Minimum Payment Due** | **$15.00** |

## Here are your Charges and Credits at a glance:

| TRAN DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| | | | PAYMENT PROTECTOR AT $1.93 PER $100.0 | | 0.00 |
| 03/10 | 03/10 | 003NV | TELLER PAYMENT CASH - THANK YOU | 29.00 | |
| | | | Total of your credits and charges | 29.00 | 0.00 |

OPEN A CHASE FREE CHECKING ACCOUNT WITH DIRECT DEPOSIT! FREE
ONLINE CHECK IMAGING! FREE EMAIL ALERTS! FREE ACCESS TO OVER
6,800 CHASE AND BANK ONE ATMS NATIONWIDE! FREE CHASE ONLINE
BILL PAYMENT! CHASE FREE CHECKING WITH DIRECT DEPOSIT! VISIT
A BRANCH OR WWW.CHASE.COM TODAY!
AS A VALUED CREDIT CARD CUSTOMER YOU CAN GET SPECIAL SAVINGS
ON YOUR CLOSING COSTS WHEN YOU GET A MORTGAGE FROM CHASE HOME
FINANCE. CALL US AT 1-888-638-5535. ALL LOANS SUBJECT TO
CREDIT AND PROPERTY APPROVAL. CERTAIN RESTRICTIONS AND
LIMITATIONS APPLY. EQUAL HOUSING LENDER.

## Here's how we determined your Finance Charge*:     Days in Billing Cycle: 30

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | MONTHLY ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05397% | $0.00 | $0.00 | $0.00 | 21.49% | 1.69% |
| Purchases | 0.03997% | $770.69 | $0.18 | $0.18 | 14.99% | 14.27% |
| Transferred Balance | 0.03997% | $0.00 | $0.00 | $0.00 | 14.99% | 14.27% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer service 24 hours a Day, 7 days a week, toll-free at 1-800-334-0501 or write P.O. BOX 15950, Wilmington, DE 19886-5950. Para Servicio al Cliente en Español: 1-800-543-0484

**ACCOUNT NUMBER: 5179 4575 3000 4288**

| PAYMENT DUE DATE 06/19/2006 | NEW BALANCE $ 766.09 | MINIMUM DUE $15.00 |

# Facsimile
# Copy

CAROLINE MAYORGA
APT 2R
8828 101ST ST
WOODHAVEN NY 11421

**CHASE**

Chase Platinum MasterCard®
ACCOUNT NUMBER: 5179 4575 3000 4288

| NEW BALANCE $766.09 | PAYMENT DUE DATE 06/19/2006 | TOTAL CREDIT LINE $800 | TOTAL AVAILABLE CREDIT $33 | STATEMENT CLOSING DATE 04/21/2006 |
|---|---|---|---|---|

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | 766.10 |
| (-) Payments, Credits | 15.00 |
| (+) Purchases, Cash, Debits | 0.00 |
| (+) FINANCE CHARGES | 0.00 |
| (=) New Balance | 766.09 |
| Minimum Payment Due | $15.00 |

**Here are your Charges and Credits at a glance:**

| TRANS DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| | | | PAYMENT PROTECTION PLUS $.00 PER $100.00 | | 0.00 |
| 04/18 | 04/18 | YXJB | PAYMENT - THANK YOU | 15.00 | |
| | | | Total of your credits and charges | 15.00 | 0.00 |

OPEN A CHASE FREE CHECKING ACCOUNT WITH DIRECT DEPOSIT! FREE
ONLINE CHECK IMAGING! FREE EMAIL ALERTS! FREE ACCESS TO OVER
4,800 CHASE AND BANK ONE ATMS NATIONWIDE! FREE CHASE ONLINE

BILL PAYMENT! CHASE FREE CHECKING WITH DIRECT DEPOSIT! VISIT

A BRANCH OR WWW.CHASE.COM TODAY!

FOUND THE HOME OF YOUR DREAMS? TALK TO CHASE HOME FINANCE
FIRST. AND GET SPECIAL SAVINGS ON CLOSING COSTS. CALL A CHASE
MORTGAGE CONSULTANT TODAY AT 1 866 636 8335. ALL LOANS SUBJECT
TO CREDIT AND PROPERTY APPROVAL. CERTAIN OTHER RESTRICTIONS
AND LIMITATIONS MAY APPLY. EQUAL HOUSING LENDER.

**Here's how we determined your Finance Charge*:**   Days in Billing Cycle 29

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.06067% | $0.00 | $0.00 | $0.00 | 21.74% | 0.00% |
| Purchases | 0.04039% | $787.34 | $0.00 | $0.00 | 14.74% | 14.74% |
| Transferred Balances | 0.04039% | $0.00 | $0.00 | $0.00 | 14.74% | 14.74% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer service 24 hours a Day, 7 days a week, toll-free at 1-800-334-
0831 or write P.O. BOX 15929, Wilmington, DE 19886-5929. Para Servicio al Cliente en Español: 1-800-842-0484

Page 1 of 1

ACCOUNT NUMBER: 5179 4575 3000 4288

| PAYMENT DUE DATE 09/14/2005 | NEW BALANCE $ 795.34 | MINIMUM DUE $15.00 |
| --- | --- | --- |

# Facsimile
# Copy

CAROLINE MAYORGA
4829 101ST ST APT 2R
RICHMOND HILL NY 11419-1119

**⬤ CHASE**

Chase Platinum MasterCard
ACCOUNT NUMBER: 5179 4575 3000 4288

| NEW | PAYMENT | TOTAL | | |
| --- | --- | --- | --- | --- |
| BALANCE $795.34 | DUE DATE 09/14/2005 | CREDIT LINE $900 | AVAILABLE CREDIT $93 | CLOSING DATE 08/20/2005 |

### Here is your Account Summary:

| | TOTAL |
| --- | --- |
| Previous Balance | $795.82 |
| (-) Payments, Credits | 18.00 |
| (+) Purchases, Cash, Debits | 6.00 |
| (+) FINANCE CHARGES | 8.18 |
| (=) New Balance | 795.34 |
| Minimum Payment Due | $15.00 |

### Here are your Charges and Credits at a glance:

| TRAN. DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
| --- | --- | --- | --- | --- | --- |
| | | | PAYMENT PROTECTOR AT $1.80 PER $100.00 | | 8.00 |
| 08/17 | 08/17 | 8OMT | TELLER PAYMENT CASH - THANK YOU | 18.00 | |
| | | | Total of your credits and charges | 18.00 | 8.00 |

OPEN A CHASE FREE CHECKING ACCOUNT WITH DIRECT DEPOSIT! FREE
ONLINE CHECK IMAGING! FREE EMAIL ALERTS! FREE ACCESS TO OVER
6,800 CHASE AND BANK ONE ATM'S NATIONWIDE! FREE CHASE ONLINE
BILL PAYMENT! CHASE FREE CHECKING WITH DIRECT DEPOSIT! VISIT
A BRANCH OR WWW.CHASE.COM TODAY!
FOUND THE HOME OF YOUR DREAMS? TALK TO CHASE HOME FINANCE
FIRST, AND GET SPECIAL SAVINGS ON YOUR CLOSING COSTS. CALL A
CHASE MORTGAGE CONSULTANT TODAY AT 1-866-639-8033. ALL LOANS
ARE SUBJECT TO CREDIT AND PROPERTY APPROVAL. CERTAIN
RESTRICTIONS AND LIMITATIONS APPLY. EQUAL HOUSING LENDER.

### Here's how we determined your Finance Charges:

Days in Billing Cycle: 29

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
| --- | --- | --- | --- | --- | --- | --- |
| Cash | 0.059725% | $0.00 | $0.00 | $0.00 | 21.80% | 0.00% |
| Purchases | 0.041074% | $769.00 | $8.18 | $8.18 | 14.09% | 14.09% |
| Transferred Balance | 0.041074% | $0.00 | $0.00 | $0.00 | 14.09% | 14.09% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer service 24 hours a Day, 7 days a week, toll-free at 1-800-334-6801 or write P.O. BOX 15923, Wilmington, DE 19850-5923. Para Servicio al Cliente en Español: 1-800-568-8464

Page 1 of 1

ACCOUNT NUMBER: 5179 4575 3000 4288

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 07/17/2006 | $ 707.57 | $15.00 |

# Facsimile
# Copy

CAROLINE MAYORGA
8529 101ST ST APT 2R
RICHMOND HILL NY 11418-1119

**CHASE**

Chase Platinum MasterCard®
ACCOUNT NUMBER: 5179 4575 3000 4288

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $ 707.57 | 07/17/2006 | 8000 | 832 | 06/22/2006 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $705.34 |
| (-) Payments, Credits | 15.00 |
| (+) Purchases, Cash, Debits | 0.01 |
| (+) FINANCE CHARGES | 13.22 |
| (=) New Balance | 707.57 |
| **Minimum Payment Due** | **$15.00** |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| | | | PAYMENT PROTECTOR AT 0,740 PER $100.00 | | 0.01 |
| 06/01 | 06/01 | 0ONT | TELLER PAYMENT CASH - THANK YOU | 15.00 | |
| | | | Total of your credits and charges. | 15.00 | 0.01 |

DUE TO IMPROVEMENTS BEING MADE TO OUR ELECTRONIC PAYMENT
SERVICE, WE WILL NOT BE ABLE TO PROCESS EPAYS FROM WED, JULY
20TH AT 4:00 P.M. UNTIL MON. JULY 26TH AT 8:00 A.M. EASTERN
TIME. WE THANK YOU FOR YOUR PATIENCE AND APOLOGIZE FOR ANY
INCONVENIENCE THIS MAY CAUSE.

OPEN A CHASE FREE CHECKING ACCOUNT WITH DIRECT DEPOSIT! FREE
ONLINE CHECK IMAGING! FREE EMAIL ALERTS! FREE ACCESS TO OVER
6,000 CHASE AND BANK ONE ATMS NATIONWIDE! FREE CHASE ONLINE
BILL PAYMENT! CHASE FREE CHECKING WITH DIRECT DEPOSIT! VISIT
A BRANCH OR WWW.CHASE.COM TODAY!
FOUND THE HOME OF YOUR DREAMS? TALK TO CHASE HOME FINANCE
FIRST, AND GET SPECIAL SAVINGS ON YOUR CLOSING COSTS. CALL A
CHASE MORTGAGE CONSULTANT TODAY AT 1-800-836-5656. ALL LOANS
ARE SUBJECT TO CREDIT AND PROPERTY APPROVAL. CERTAIN
RESTRICTIONS AND LIMITATIONS APPLY. EQUAL HOUSING LENDER.

**Here's how we determined your Finance Charge*:**     Days in Billing Cycle 33

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.06025% | $0.00 | $0.00 | $0.00 | 21.99% | 0.00% |
| Purchases | 0.04103% | $781.22 | $13.22 | $13.22 | 14.99% | 14.99% |
| Restricted Balances | 0.04103% | $0.00 | $0.00 | $0.00 | 14.99% | 14.99% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer service 24 hours a Day, 7 days a week, toll-free at 1-800-334-0601 or write P.O. BOX 15653, Wilmington, DE 19886-5630, Para Servicio al Cliente en Español 1-800-645-0404

Page 1 of 1

ACCOUNT NUMBER: 5179 4575 3000 4288

| PAYMENT DUE DATE 09/14/2009 | NEW BALANCE $798.43 | MINIMUM DUE $15.00 |
|---|---|---|

# Facsimile
# Copy

CAROLINE MAYORGA
8629 1916T ST APT 2R
RICHMOND HILL NY 11418-1119

**◯ CHASE**

Chase Platinum MasterCard
ACCOUNT NUMBER: 5179 4575 3000 4288

| NEW BALANCE $798.43 | PAYMENT DUE DATE 09/14/2009 | TOTAL CREDIT LINE 3840 | TOTAL AVAILABLE CREDIT $44 | STATEMENT CLOSING DATE 07/20/2009 |
|---|---|---|---|---|

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $797.87 |
| (-) Payments, Credits | 21.01 |
| (+) Purchases, Cash, Debits | 0.00 |
| (+) FINANCE CHARGES | 8.87 |
| (=) New Balance | 798.43 |
| Minimum Payment Due | $15.00 |

**Here are your Charges and Credits at a glance:**

| TRANS DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 06/23 | 06/30 | 1051 | PAYMENT PROTECTION REFUND | 4.31 | |
| 07/20 | 07/20 | APFL | PAYMENT THANK YOU | 16.00 | |
| | | | Total of your credits and charges | 21.01 | 0.00 |

**Here's how we determined your Finance Charge*:**      Days in Billing Cycle 28

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC FINANCE CHARGE | TOTAL FINANCE CHARGE | DAILY ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.000041% | $0.00 | $0.00 | $0.00 | 22.24% | 8.07% |
| Purchases | 1.013704% | $763.76 | $2.07 | $8.87 | 18.34% | 13.34% |
| Standard Balances | 0.041174% | | | | 15.24% | 13.34% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer service 24 hours a Day, 7 days a week, toll-free at 1-800-334-0901 or write P.O. BOX 15050, Wilmington, DE 19886-5050. Para Servicio al Cliente en Español 1-800-945-8454

**CHASE O**

Statement for account number: 5179 4575 3006 4288

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $630.00 | 09/14/08 | $15.00 | $70.00 |

Amount Enclosed $ ___

*5179457530002886000070660088996600000202*

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

*15000160286 40375300042884*

**CHASE O**

Statement Date: 07/24/08 - 08/21/08
Payment Due Date:
Minimum Payment Due: $70.00

CUSTOMER SERVICE
In U.S. 1-800-436-7927
Español 1-800-949-6383
TDD 1-800-955-8060
Outside U.S. call collect
1-302-594-8200

**MASTERCARD ACCOUNT SUMMARY** Account Number: 5101 6772 5006 4288

| Previous Balance | $700.60 | Total Credit Line | |
| Purchases, Cash, Debits | +$21.00 | Available Credit | |
| Finance Charges | +$10.40 | Cash Access Line | $0.00 |
| New Balance | $632.00 | Available for Cash | $0 |

P.O. Box 15298
Wilmington, DE 19850-5298

PAYMENT ADDRESS
P.O. Box 15153
Wilmington, DE 19886-5153

VISIT US AT:
www.chase.com/cardmembers

Your credit card account is past due! Please send payment immediately.
Call 1-800-436-7927 (or call 1-302-594-8200) today.

**FLEXIBLE REWARDS SUMMARY**

| Previous points balance | 0 |
| Points earned on purchases this period | 0 |
| New total points balance | 0 |

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Amount Debit |
|---|---|---|---|---|
| 08/18 | | LATE FEE | | $39.00 |
| 08/21 | | OVERLIMIT FEE | | $39.00 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate (APR) | Corresponding APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | FINANCE CHARGES |
|---|---|---|---|---|---|---|
| Purchases | V .06346% | 23.49% | $700.60 | $10.40 | $0.00 | $10.40 |
| Cash advances | V .06422% | 23.49% | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | $10.40 |

Effective Annual Percentage Rate (APR): 43.49%

Please see reverse side for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

This Statement is a Facsimile - Not an original



**CHASE O**

This Statement is a Facsimile - Not an original



**CHASE O**

**MASTERCARD ACCOUNT SUMMARY**

**TRANSACTIONS**

**FINANCE CHARGED**

This Statement is a Facsimile - Not an original



**CHASE O**

**CHASE O**

**CHASE O**

This Statement is a Facsimile - Not an original



**CHASE**

**CHASE**

This Statement is a Facsimile - Not an original



CHASE ○

This Statement is a Facsimile - Not an original



**CHASE O**

**This Statement is a Facsimile - Not an original**

Address Change Request
Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: ___

Zip: ___ ___ ___

Home Phone: ___ ___ ___

Work Phone: ___ ___ ___

E-mail Address: _____

# CONSUMER CREDIT TRANSACTION

IMPORTANT! IF YOU ARE BEING SUED!! THIS IS A COURT PAPER - A SUMMONS
DON'T THROW IT AWAY!! TALK TO A LAWYER RIGHT AWAY!! PART OF YOUR PAY CAN BE TAKEN FROM
YOU (GARNISHED). IF YOU DO NOT BRING THIS TO COURT, OR SEE A LAWYER, YOUR PROPERTY CAN
BE TAKEN AND YOUR CREDIT RATING CAN BE HURT!! YOU MAY HAVE TO BRING THESE PAPERS
TO THIS COURT RIGHT AWAY. THE CLERK (PERSONAL APPEARANCE) WILL HELP YOU!!
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

| FIRST RESOLUTION INVESTMENT CORP | SUMMONS |
| Plaintiff | Plaintiff's Address |
| -Against- | 5190 NEIL RD SUITE 430 |
| CAROLINE MAYORGA | Reno NV 89502                081976 |
| Defendant(s) | Defendant's Address   Defendant 2 address |
| | 98248 106TH ST |
| | ROLLIS NY 1142) |

The basis of the venue is :A defendant resides in the County of QUEENS; the subject matter consumer credit
transaction took place in the County of QUEENS

TO THE ABOVE NAMED DEFENDANT(S):
YOU ARE HEREBY SUMMONED TO APPEAR IN THE CIVIL COURT OF THE CITY OF NEW YORK,
COUNTY OF QUEENS AT THE OFFICE OF THE CLERK OF THE SAID COURT AT 89-17 SUTPHEN
BLVD JAMAICA, NY 11435 WITHIN THE TIME PROVIDED BY LAW AS NOTED BELOW AND TO
FILE YOUR ANSWER TO THE ANNEXED COMPLAINT WITH THE CLERK; UPON YOUR FAILURE
TO ANSWER, JUDGMENT WILL BE TAKEN AGAINST YOU FOR THE SUM OF $1,444.35 AND
ATTORNEY FEES OF $288.87 WITH INTEREST THEREON FROM THE DAY OF February 28, 2006 AT
THE RATE OF 9%, TOGETHER WITH THE COSTS OF THIS ACTION. A COPY OF YOUR ANSWER
SHOULD BE SERVED BY MAIL UPON THE ATTORNEYS FOR THE PLAINTIFF, SHARINN &
LIPSHIE, P.C.
DATED: May 18, 2009

Signature (Rule 130-1.1-a(b))

Amanda Moreno
SHARINN & LIPSHIE, P.C.
333 EARLE OVINGTON BLVD, STE. 302
UNIONDALE, NEW YORK 11553
(516) 873-6600

## NOTE: The law provides that:

(a) if this summons is served by its delivery to you personally within the CITY OF NEW YORK you must
appear and answer within 20 days after such service; or

(b) if this summons is served by delivery to any person other than you personally, or is served outside the
City of New York, or by publication, or by any means other than personal delivery to you within the City of New
York, you are allowed THIRTY (30) days after the proof of service thereof is filed with the Clerk of this Court
within which to appear and answer.

(c) When a defendant appears by an attorney, a copy of his answer shall be served upon the plaintiff's attorney,
or upon the plaintiff if the plaintiff appears in person, at or before the time of filing the original answer with proof of
service thereof,

(d) In any action arising from a consumer credit transaction, if the form of summons provided for in subdivision

(b) of this section is used:

## DEFENDANTS P.O.B.:
Client:
Account#: 517945753000<br>Claim #:  AACAS889

WE ARE DEBT COLLECTORS. THIS IS AN ATTEMPT TO COLLECT A DEBT ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE.

TRANSACCION DE CREDITO DEL CONSUMIDOR
IMPORTANTE! ¡UD.HA SIDO DEMANDADO!
ESTE ES UN DOCUMENTO LEGAL.- UNA CITACION
!NO LA BOTE !! CONSULTE CON SU ABOGADO ENSEGUIDA! LE PUEDEN QUITAR PARTE DE SU SALARIO
(EMBARGARLO) !SI UD. NO SE PRESENTA EN LA CORTE CON ESTA CITACION LE PUEDEN CONFISCAR
SUS BIENES (PROPIEDAD) Y PERJUDICAR SU CREDITO!! TAMBIEN ES POSIBLE QUE TENGA QUE PAGAR
OTROS GASTOS LEGALES (COSTAS)! SI UD. NO TIENE DINERO PARA UN ABOGADO TRAIGA ESTOS
PAPELES A LA CORTE IMMEDIATAMENTE. VENGA EN PERSONA Y EL SECRETARIO DE LA CORTE LE
AYUDARA.
CORTE CIVIL DE LA CIUDAD DE NUEVA YORK
CONDADO DE QUEENS

FIRST RESOLUTION INVESTMENT CORP
                    Demandante,                    CITACION
CAROLINE MAYORGA                               La direccion del demandate
                    Demandado,                  5190 NEIL RD SUITE 430
                                                Reno NV 89502
                                                La direccion del demandado es
                                                10248 184TH ST HOLLIS NY 11423
                                                Otra direccion

Al demandado arriba mencionado:
USTED ESTA CITADO a comparecer en la Corte Civil de la Ciudad de Nueva York Condado de QUEENS a la oficina
del Jefe Principal de dicha Corte en 89-17 SUTPHIN BLVD JAMAICA, NY 11435 en el Condado de QUEENS Ciudad
y Estado de Nueva York, dentro del tiempo previsto por la ley segun la indicado abajo y a presentar su respuesta a la
demanda al Jefe de la corte; si usted no comparece a contestar, se readira sentencia contra usted en la suma de $1,444.38
y los honorarios del abogado por la suma de $288.87 con intereses desde February 28, 2006.

Signature (Rule 130-1.1-a(b))

Amanda Moreno
SHARINN & LIPSHIE, P.C.
Abogado del demandante
333 EARLE OVINGTON BLVD, STE 302
UNIONDALE, NEW YORK 11553
(516) 873-6600

Fechado May 18, 2009

NOTA: La Ley provee que:
    (a) Si esta citacion es entregada a usted personalmente en la Ciudad de Nueva York, usted debe comparecer y
responder dentro de VIENTE (20) dias despues de la entrega: O
    (b) Si esta citacion es entregada a otra persona que no fuera usted personalmente, o si fuera entregada afuera de
la ciudad de Nueva York, o por medio de publicacion, o por otros medios que no fueran entrega personal a usted en la
Ciudad de Nueva York, usted tiene TREINTA (30) dias para comparecer y responder la demanda, despues de haberse
presentado prueba de entrega de la citacion al Jefe de esta Corte.

DEMANDADO P.O.B.

!!NOSOTROS SOMOS CORRADORES DE DEUDAS. NUESTRA INTENCION ES COBRAR LA DEUDA Y
CUALQUIER INFORMACION OBTENIDA SERA USADA PARA ESTE PROPOSITO.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

FIRST RESOLUTION INVESTMENT CORP
                        Plaintiff,                                    VERIFIED
        -Against-                                                     COMPLAINT
CAROLINE MAYORGA
                        Defendant(s).

Plaintiff, by its attorney SHARINN & LIPSHIE, P.C. complaining of the defendant(s), respectfully, alleges:
1.      That the plaintiff is duly licensed by the New York City Department of Consumer Affairs to collect debts in NYC. The NYC Dept. of Consumer Affairs License number for the plaintiff is 1276827
2.      That at all times hereinafter mentioned, the Plaintiff, FIRST RESOLUTION INVESTMENT CORP A/A/O UNIFUND CCR PARTNERS A/A/O CHASE BANK USA N.A, is a corporation with offices located at 5190 NEIL RD SUITE 430 Reno NV 89502.
3.      That upon information and belief the Defendant(s) is/are and at all times hereinafter mentioned was/were a resident of the county where this action is brought.
4.      The agreement sued upon herein was duly assigned to Plaintiff and notice thereof was duly given to Defendant(s).
5.      That there are monies due from Defendant(s) to Plaintiff, plus agreed and for reasonable attorney fee,if any, for charges incurred and/or loans granted in connection with credit card(s) issued by Plaintiff's assignor pursuant to credit card agreement(s) made in compliance with the law, a copy of which agreement(s) were duly mailed to Defendant(s), on which there is a balance due of $1,444.35, and that in addition there is due attorney fees of $288.87, **making a total sum due from Defendant to Plaintiff of $1,733.22, as part of which sum has been paid, although due and duly demanded.**
6.      The above debt arises from account number 517945753000042288.
WHEREFORE, plaintiff demands judgment against defendant(s) for the sum of $1,444.35 with interest thereon from February 28, 2006, and attorney fees of $288.87 plus costs an disbursements of this action.

                                                        Signature (Rule 130-1.1-a(b))

Dated: May 18, 2009                                     SHARINN & LIPSHIE, P.C.
Uniondale, New York                                     333 Earle Ovington Blvd
                                                        Uniondale, New York 11553
                                                        (516)873-6600


STATE OF WASHINGTON
COUNTY OF WHATCOM


        ANGEL PAGE    BEING DULY SWORN, DEPOSES AND SAYS:

Deponent is the    RECORDS CUSTODIAN    of the plaintiff, and deponent makes this verification because he/she is familiar with the records maintained by plaintiff. Deponent has read the foregoing complaint and knows the contents thereof  to be true. The grounds of deponent's belief as to  all matters not stated upon deponent's own knowledge are as follows; records belonging to plaintiff (s ) in possession of deponent.

                                                        ANGEL PAGE
                                                        RECORDS CUSTODIAN

Sworn to before me this
21th  day of  MAY    ,2009          Notary Public
                                    State of Washington
                                    JEFF NICOLA GARGARO
Client Acct # 517945753000J288      MY COMMISSION EXPIRES
Claim #    AA:::9089                 November 01, 2011


***WE ARE DEBT COLLECTORS. THIS IS AN ATTEMPT TO COLLECT A DEBT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE***



## Affidavit of Service

CIVIL COURT OF THE CITY OF NEW YORK - COUNTY OF QUEENS
District: Queens
Part:

FIRST RESOLUTION INVESTMENT CORP

- against -

CAROLINE MAYORGA

PLAINTIFF/PETITIONER: Attorney: SHLIP File No: AAC4889
Mortgage:
Internal ID: 10088
Index: 061976-I/9
NAC File: 07009200X

DEFENDANT/RESPONDENT

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

MICHAEL BALLATO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 09/19/2009 at 02:30 PM at 18949 194TH STREET PRIV. HSE, HOLLIS, NY 11423, deponent served the within SUMMONS AND VERIFIED COMPLAINT bearing Index Number and Filing Date endorsed thereon, on CAROLINE MAYORGA defendant therein named

**SUITABLE**
AGE PERSON

By delivering 1 true copy(s) thereof in and leaving with "JANE DOE"- CO-OCCUPANT a person of suitable age and discretion at the above address, the said premises being the defendant-respondents dwelling place within the State of New York.

**MAILING**

Deponent completed service under the last two sections by depositing 1 copy(s) of the above described papers post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on 09/23/2009 addressed to the defendant, CAROLINE MAYORGA, at the above address with the envelope bearing the legend "PERSONAL AND CONFIDENTIAL" and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the defendant.

**DEPONENT DESCRIBES THIS INDIVIDUAL AS FOLLOWS:**

| Sex: Female | Approx. Age: 40 to 49 yrs | Approx. Height: 5-4 to 5-7 ft. | Approx. Weight: 175 to 149 lbs | Color of Skin: Brown | Color of Hair: Brown |
|---|---|---|---|---|---|

**Other:** REFUSED TO REVEAL NAME

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or on active duty in the military service in State of New York or a dependant of anybody in the military and was told defendant and/or present occupant was not.

Sworn to before me on: 09/23/2009

DANA DALISH
Notary Public, State of NEW YORK
No. 01DA6859527
Qualified in NASSAU
Commission expires 07/21/2011

MICHAEL BALLATO
license no: 0976185

2009 SEP 29 PM 2: 41

Accu-Serve Ltd. - 1600 Stewart Avenue, Suite 308, Westbury, NY 11590 - Tel: (516) 585-2228 - Fax: (516) 585-2248
SHARINN & LIPSHIE, P.C.: THE OMNI 333 EARLE OVINGTON BLVD SUITE 302, UNIONDALE, NY 11590

Civil Court of the City of New York
County of Queens

Index No: CV-081976-09/QU

TRST RESOLUTION INVESTMENT CORPORATION
        -against-
CAROLINE MAYORGA

**ANSWER IN PERSON**
CONSUMER CREDIT TRANSACTION

Defendant, CAROLINE MAYORGA, at 10248 184TH ST, Hollis, NY 11423-    , answers the Complaint as
dated : 10/06/2009
*(Check all that apply)*

___ General Denial: I deny the allegations in the complaint

**SERVICE**

___ I did not receive a copy of the summons and complaint

___ I received the Summons and Complaint, but service was not correct as required by law.

**DEFENSES**

_X_ I do not owe this debt

___ I did not incur this debt. I am the victim of identity theft or mistaken identity.

___ I have paid all or part of the alleged debt.

___ I dispute the amount of the debt.

___ I do not have a business relationship with Plaintiff. ( Plaintiff lacks standing.)

___ The NYC Department of Consumer Affairs shows no record of plaintiff having a license to collect a debt.

___ Plaintiff does not allege a debt collection license number in the Complaint.

___ Statute of Limitations ( the time has passed to sue on this debt: more than six years.)

___ The debt has been discharged in bankruptcy.

___ The collateral (property) was not sold at a commercially reasonable price.

___ Unjust enrichment (the amount demanded is excessive compared with the original debt.)

___ Violation of the duty of good faith and fair dealing.

___ Unconscionability (the contract is unfair.)

___ Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)

___ Defendant is in the military.

___ Other:

**OTHER**

___ Please take notice that my only source of income is _____, which is exempt from collection.

**COUNTERCLAIM**

___ Counterclaim(s): $        Reason:

his case is scheduled to appear on the calendar as follows: April 19, 2010 in Part 11 - Self Represented Non-Jury,
oom 101 at 9:30 AM Both sides notified: _____

Sheridan & Lipshie PC (Counsel for Pltf).
333 Earle Ovington Blvd, Suite 302
Uniondale, NY 11553.

**FILED**
GENERAL CLERK

OCT - 6 2009

CIVIL COURT - QUEENS COUNTY

AACA5889

**CHASE ○**

BILL OF SALE

Chase Bank USA, N.A. ("Seller"), for value received and pursuant to the terms and conditions of Credit Card Account Purchase Agreement dated April 1, 2007 between Seller and Unifund Portfolio A, LLC ("Purchaser"), its successors and assigns ("Credit Card Account Purchase Agreement"), hereby assigns effective as of the File Creation Date of October 15, 2007 all rights, title and interest of Seller in and to those certain receivables, judgments or evidences of debt described in Exhibit 1 attached hereto and made part hereof for all purposes.

Amounts due to Seller by Purchaser in hereunder shall be paid U.S. Dollars by a wire transfer to be received by Seller on October 25, 2007 (the "Closing Date") by 2:00 p.m. Seller's time, as follows:

Chase Bank USA, N.A
ABA 0021000021
Beneficiary Name: Chase Bank USA, N.A.
Beneficiary Account: 9304-000000

This Bill of Sale is executed without recourse except as stated in the Credit Card Account Purchase Agreement to which this is an Exhibit. No other representation of or warranty of title or enforceability is expressed or implied.

Chase Bank USA, N.A.

By: _____

Date: October 16, 2007

Title: Vice President

Unifund Portfolio A, LLC

By: _____

Date: October 15, 2007

Title: Vice President, Acquisitions.



Unifund CCR Partners

**BILL OF SALE**

Unifund CCR Partners, for value received and in accordance with the terms of the Accounts Receivable Purchase Agreement by and among Unifund CCR Partners and FIRST RESOLUTION INVESTMENT CORPORATION ("Buyer"), dated as of June 19, 2008 (the "Agreement"), does hereby sell, assign, and transfer to Buyer all of its good and marketable title, free and clear of all liens, claims and encumbrances in and to the Accounts listed in the Account Schedule attached as Exhibit 1 hereto, without recourse and without representation or warranty of collectibility, or otherwise, except to the extent stated in the Agreement.

Executed on June 19, 2008

UNIFUND CCR PARTNERS

By
Joel
Director of Sales & Marketing







INDEX # 081978-09
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

FIRST RESOLUTION INVESTMENT CORP A/A/O
UNIFUND CCR PARTNERS A/A/O CHASE BANK USA NA

-against-

CAROLINE MAYORGA

NOTICE OF MOTION

Pursuant to 22 NYCRR 130-1.-1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and upon reasonable inquiry, that the contentions contained in the annexed document are not frivolous.

AMANDA MOFRENO
SHARINN & LIPSHIE, P.C.
Attorney for Plaintiff
333 Earle Ovington Blvd, Ste 302
Uniondale, New York 11553
(516) 873-6600