BEFORE: VIKTOR V. POHORELSKY          DATE:       8/9/12
           U.S. MAGISTRATE JUDGE          START TIME: 5:00 p.m.
                                                   END TIME:   5:45 p.m.

DOCKET NO. CV-12-587                                                JUDGE:      DLI

CASE NAME: Mayorga v. First Resolution Investment Corporation, et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE: Status

APPEARANCES: Plaintiff  Ahmad Keshavarz, Brian Bromberg, Nasoan Channa Sheftel-Gomes, Esq.
                     Defendant  Amanda Moreno (Sharinn); Kevin Bowens (FRIC)

SCHEDULING AND RULINGS:

1. The defendant Sharinn & Lipshie will respond in writing to the plaintiff's interrogatories and document requests by August 10, 2012;

2. The defendants shall respond to the plaintiff's motions to compel by August 23, 2012 (to the extent that Sharinn & Lipshie's responses above raise additional items in dispute, plaintiff may file a further letter motion concerning those items by August 14, 2012); argument will be heard as necessary and rulings will be rendered at the conference scheduled below;

3. The plaintiff will draft a proposed amended complaint for the defendants to review to determine whether they will consent to its filing. The proposed amended complaint will be addressed at the conference below;

4. The consent motion to extend discovery deadlines is denied with leave to renew at a later point;

5. The next conference will be held on **August 29, 2012 at 12:00 noon.**